DECIDED JULY 16, 2015 —
RECONSIDERATION DENIED JULY 31, 2015

*Buck Law Firm, Robert C. Buck, Juliana Y. Sleeper*, for appellant.

*Schiff Hardin, Leah Ward Sears; Demahy, Labrador, Drake, Victor & Cabeza, Michael J. Crist; Hawkins, Parnell, Thackston & Young, E. Elaine Shofner, Elisabeth M. Cheatham*, for appellees.

A13A0912. CITY OF ATLANTA et al. v. MITCHAM.
(776 SE2d 303)

PHIPPS, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court in *City of Atlanta v. Mitcham*, 296 Ga. 576 (769 SE2d 320) (2015), our decision in *City of Atlanta v. Mitcham*, 325 Ga. App. 481 (751 SE2d 598) (2013) is hereby vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Ellington, P. J., and Branch, J., concur.*

DECIDED AUGUST 5, 2015.

*Laura S. Burton, Jin Tae Kim*, for appellant.
*McAleer Law Firm, Shaun R. Cade*, for appellee.